FILED' 08 APR 14 16:22 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RANDY L. WEBB,

    Plaintiff,

v.

JO ANNE B. BARNHART
Commissioner of Social Security,

    Defendant.

CV# 07-250-PK

ORDER GRANTING
STIPULATED EAJA FEES,
COSTS AND EXPENSES

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3003.18 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff will be awarded $23.34 in expenses pursuant to 28 U.S.C. § 2412(d)(2). The court directs Defendant to issue checks payable to Plaintiff's attorneys.

DATED this 14 day of April, 2008

/s/ [signature]
United States District Judge

Presented by:
Kimberly K. Tucker
Swanson, Thomas & Coon
Of Attorneys for Plaintiff